## RETURN OF SERVICE   3:04CR 328-2

Service was made by me on: \_\_12-28-2004\_\_ Date

### Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant at: \_\_40017 Palmerville Rd Badin N.C. 28009\_\_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.  Name of person with whom the summons was left:

_____

[ ] Returned unexecuted: _____

_____

_____

_____

2005 JAN -3 PM 2:06

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on \_\_12-28-2004\_\_          \_\_H.K Custer\_\_
          Date                    Name of United States Marshal

                                  \_\_Mark Hale\_\_
                                  (by)Deputy United States Marshal

Remarks:

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

